IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Plaintiff,               No. 2:08-cv-1609 JAM KJN P

    vs.

D.K. SISTO, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff is a prison inmate proceeding without counsel and in forma pauperis with a civil rights action. On October 28, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on July 14, 2008, and September 14, 2009. Both requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's October 28, 2010 request is denied.

DATED: November 3, 2010

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

john1609.31.thr