IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

    Plaintiff,                    No. 2:08-cv-1609 JAM KJN P

    vs.

D. K. SISTO, et al.,

    Defendants.             ORDER

         Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On December 16, 2010, plaintiff filed a request for six USM-285 forms and a summons form because he was recently transferred and his legal materials have not been returned to him. Plaintiff also requests a copy of the court's Local Rules and the Federal Rules of Civil Procedure.

         By order filed December 2, 2010, plaintiff was granted sixty days in which to provide service forms for defendants. Good cause appearing, the Clerk of Court will be directed to send plaintiff six USM-285 forms and a summons form. Plaintiff will be granted an additional thirty days in which to provide the service forms and copies of the amended complaint in order to accomplish service on defendants Sisto, Shockley, Duer, Jones, Peterson and Noriega.

         Plaintiff is advised that the Federal Rules of Civil Procedure are published by

1

1  West Publishing.  The court does not provide these rules to any party.  The prison law library
2  may provide a copy of the Federal Rules for inmate use.  The Clerk of the Court will be directed
3  to provide plaintiff a copy of the Local Rules of Court.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 16, 2010 request (dkt no. 60) is partially granted.

      2. The Clerk of the Court is directed to send to plaintiff six USM-285 forms, a summons form, an instruction sheet and a copy of the amended complaint filed February 22, 2010;

      3. On or before March 2, 2011, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for defendants Sisto, Shockley, Duer, Jones, Peterson and Noriega;

        b. Six copies[1] of the endorsed amended complaint filed February 22, 2010; and

        c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

      3. The Clerk of the Court shall serve upon plaintiff a copy of the Local Rules of Court.

DATED:  December 21, 2010

                                      */s/ Kendall J. Newman*
                               KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE

john1609.ext

---

[1] Pursuant to this court's May 24, 2010 order, the U.S. Marshal should have retained a copy of the amended complaint.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LACEDRIC W. JOHNSON, | | |
| | Plaintiff, | No. 2:10-cv-1609 JAM KJN P |
| vs. | | |
| D. K. SISTO, et al., | | <u>NOTICE OF SUBMISSION</u> |
| | Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | | |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the <u>February 22, 2010</u>

                 Amended Complaint

DATED:

                                       _____

                                       Plaintiff