IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC JOHNSON,

    Plaintiff,                    No. 2:08-cv-1609 JAM KJN P

    vs.

D.K. SISTO, et al.,

    Defendants.             ORDER

_____/

        Defendants have requested an extension of time to respond to plaintiff's second set of requests for documents and first set of requests for interrogatories propounded to defendants Traquina, Freeman, Singh, Eck, Gentry, Dechant, Nuehring, and Greer.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' January 14, 2011 request for an extension of time is granted; and

        2. Defendants Traquina, Freeman, Singh, Eck, Gentry, Dechant, Nuehring, and Greer are granted up to and including February 14, 2011, in which to respond to plaintiff's second set of requests for documents and first set of requests for interrogatories.

DATED: January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1609.eot1

---

[1] Defendant Cate's responses are due February 7, 2011.  (Dkt. No. 65.)