IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEDRIC W. JOHNSON,

       Plaintiff,                    No. Civ S-08-1609 KJM KJN P

    vs.

D.K. SISTO, Warden, et al.,

       Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 27, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2012, are adopted in full;

2. Defendant Shockley's June 7, 2011 motion to dismiss (Docket No. 94) is granted;

3. Defendant Sisto's July 26, 2011 motion to dismiss (Docket No. 110) is granted;

4. Defendant Deur's June 7, 2011 motion to dismiss (Docket No. 94) is granted; and

5. Plaintiff's claims against defendants Sisto, Shockley and Deur are dismissed.

DATED: March 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

/john1609.805